Caroline F. Bartlett
**CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.**
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700

*Attorney for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHEN SNOWDY, ABRAHAM DEAN LIOU, DELL JONES, KELSEY CLIFFORD, RICHARD RAMDHANNY, and BRANDON WAISS, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG f/k/a DAIMLER AG,<br><br>Defendants. | Case No.: 2:23-cv-01681 (ES)(AME)<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Caroline F. Bartlett of the law firm Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. hereby enters her appearance on behalf of all Plaintiffs in the above-captioned matter.

DATED: April 3, 2023

**CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.**

*/s/ Caroline F. Bartlett*
Caroline F. Bartlett