WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
(212) 294-6700
Keith A. Frederick

Attorneys for Defendant
MERCEDES-BENZ USA, LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| STEPHEN SNOWDY, ABRAHAM DEAN LIOU, DELL JONES, KELSEY CLIFFORD, RICHARD RAMDHANNY, and BRANDON WAISS, Individually And On Behalf Of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>MERCEDES-BENZ USA, LLC and MERCEDES-BENZ GROUP AG f/k/a DAIMLER AG,<br><br>　　　　　　　　　Defendant. | NOTICE OF APPEARANCE<br><br>Civil Action No. 2:23-cv-01681-ES-AM |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance on behalf of Defendant MERCEDES-BENZ USA, LLC in the above-captioned matter.

　　　　　　　　　　　　　　　　WINSTON & STRAWN LLP
　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　MERCEDES-BENZ USA, LLC

　　　　　　　　　　　　　　　　By:　/s/ Keith A. Frederick
　　　　　　　　　　　　　　　　　　　Keith A. Frederick
　　　　　　　　　　　　　　　　　　　KFrederick@winston.com

Dated: April 18, 2023